# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2080
_____

KESHON B. WILLIAMS,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 24, 2018


PER CURIAM.

   The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Keshon B. Williams, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.